Troy L. BURNS *v.* A.L. LOCKHART, et al.

738 S.W.2d 423

Supreme Court of Arkansas
Opinion delivered November 9, 1987

*Appellant*, pro se.

No response.

PER CURIAM. ■ Petitioner has filed handwritten petitions to be permitted to proceed in forma pauperis and for a writ of habeas corpus. The petition to proceed as a pauper fails to comply with Rule 28 of the Rules of the Supreme Court and the Court of Appeals. The petition for a writ of habeas corpus fails to state grounds which make a substantial showing that petitioner is entitled to relief. The petitions are, therefore, denied. See *Glick* v. *Lockhart*, 288 Ark. 417, 706, S.W.2d 178 (1986) and *Hayes* v. *Lockhart*, 288 Ark. 419, 706 S.W.2d 179 (1986).

PURTLE, J., dissents.